**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Arete Land Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Bear Lake Surf Club**<br>**DBA  Bear Lake Candy Company**<br>**DBA  Bear Lake Shake** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0872633** |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **967 West Center Street**<br>**Orem, UT 84057** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Utah** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Arete Land Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7211

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Arete Land Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Arete Land Company, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Arete Land Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**February  9, 2021**__
                       MM / DD / YYYY

**X** __*/s/ Christofer Shurian*__                              __**Christofer Shurian**__
Signature of authorized representative of debtor              Printed name

Title    __**Manager**__

**18. Signature of attorney**

**X** __*/s/ Andres Diaz*__                          Date    __**February  9, 2021**__
Signature of attorney for debtor                                   MM / DD / YYYY

__**Andres Diaz 4309**__
Printed name

__**Diaz & Larsen**__
Firm name

__**307 West 200 South, Suite 3003**__
__**Salt Lake City, UT 84101**__
Number, Street, City, State & ZIP Code

Contact phone    __**(801)596-1661**__        Email address    __**courtmail@adexpresslaw.com**__

__**4309 UT**__
Bar number and State

| SCHEDULE C<br>(Form 1040 or 1040-SR) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | **2019** Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| CHRISTOFER S SHURIAN | |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | LODGING SERVICES | | ▶ 7 2 1 1 0 0 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|
| | ARETE LAND COMPANY, LLC | | 8 1 0 8 7 2 6 3 3 |

| E | Business address (including suite or room no.) ▶ 1095 W 100 S STE 1 |
|---|---|
| | City, town or post office, state, and ZIP code   PROVO, UT 84663 |

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

| G | Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses | ☒ Yes | ☐ No |
|---|---|---|---|
| H | If you started or acquired this business during 2019, check here | ▶ ☐ | |
| I | Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) | ☒ Yes | ☐ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☒ Yes | ☐ No |

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ▶ ☐ | 1 | 130,713. |
| 2 | Returns and allowances . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . | 3 | 130,713. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . | 4 | 64,379. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . | 5 | 66,334. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . ▶ | 7 | 66,334. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | 688. | 18 | Office expense (see instructions) | 18 | 1,212. |
| 9 | Car and truck expenses (see instructions). . . . . . . | 9 | 0. | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions). . . . . . . | 13 | 72,884. | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 66,728. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19). . . | 14 | | a | Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | 4,788. | b | Deductible meals (see instructions) . . . . . . . | 24b | 488. |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | 14,989. | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 11,666. |
| 17 | Legal and professional services | 17 | 950. | b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . ▶ | 28 | 174,393. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . | 29 | -108,059. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>Simplified method filers only: enter the total square footage of: (a) your home: _____<br>and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both Schedule 1 (Form 1040 or 1040-SR), line 3 (or Form 1040-NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | -108,059. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Schedule 1 (Form 1040 or 1040-SR), line 3 (or Form 1040-NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

| | | |
|---|---|---|
| For Paperwork Reduction Act Notice, see the separate instructions. | BAA   REV 05/19/20 PRO | Schedule C (Form 1040 or 1040-SR) 2019 |

Schedule C (Form 1040 or 1040-SR) 2019     Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory:   **a** ☒ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No | | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | 64,379. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . | **40** | 64,379. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . | **42** | 64,379. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

| | |
|---|---|
| 43 | When did you place your vehicle in service for business purposes? (month, day, year)   ▶ -------------------------- |
| 44 | Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for: |
| **a** | Business -----------------------   **b** Commuting (see instructions) -----------------------   **c** Other ----------------------- |
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . ☐ Yes ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . ☐ Yes ☐ No |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . . . . . ☐ Yes ☐ No |
| **b** | If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . ☐ Yes ☐ No |

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. | |
|---|---|---|
| AUTOMOBILE | | 6,483. |
| BANK FEES | | 289. |
| DUES AND SUBSCRIPTIONS | | 384. |
| POSTAGE | | 23. |
| AMORTIZATION | | 4,487. |
| | | |
| | | |
| | | |
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . **48** | 11,666. |

REV 05/19/20 PRO      Schedule C (Form 1040 or 1040-SR) 2019

1:19 PM
02/09/21
Accrual Basis

# Arete Land Company, LLC
# Balance Sheet
### As of January 31, 2021

|  | Dec 31, 20 | Jan 31, 21 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| 1010 · CV Arete Rentals ***0079 | 16.23 | 0.00 |
| 1020 · CV Arete Operations ***0452 | 115,423.97 | 35,420.40 |
| **Total Checking/Savings** | 115,440.20 | 35,420.40 |
| **Accounts Receivable** | | |
| 1200 · Accounts Receivable | 19,321.29 | 15,550.43 |
| **Total Accounts Receivable** | 19,321.29 | 15,550.43 |
| **Other Current Assets** | | |
| 12000 · Undeposited Funds | 350.00 | 0.00 |
| **Total Other Current Assets** | 350.00 | 0.00 |
| **Total Current Assets** | 135,111.49 | 50,970.83 |
| **Fixed Assets** | | |
| 1510 · Rental Furnishings | 74,484.00 | 74,484.00 |
| 1520 · Buildings & Trailers | | |
| 1526 · Jewel Motel | 186,700.00 | 186,700.00 |
| 1527 · 48 S Main Street - Paris Idaho | 173,399.06 | 173,399.06 |
| 1529 · Garfield Home, Montpelier Idaho | 95,990.00 | 95,990.00 |
| 1520 · Buildings & Trailers - Other | 95,900.00 | 95,900.00 |
| **Total 1520 · Buildings & Trailers** | 551,989.06 | 551,989.06 |
| 1540 · Land/ Lodge/House Purchase | 3,621,602.00 | 3,621,602.00 |
| 1550 · Improvement to Land | 8,259.00 | 8,259.00 |
| 1590 · Accumulated Depreciation | -152,172.00 | -152,172.00 |
| **Total Fixed Assets** | 4,104,162.06 | 4,104,162.06 |
| **Other Assets** | | |
| 1810 · Deferred Financing Fees | 6,281.00 | 6,281.00 |
| 1920 · Investment in Bear Lake Candy | 8,234.00 | 8,234.00 |
| 1930 · Investment in Bear Lake Surf | 15,205.00 | 15,205.00 |
| **Total Other Assets** | 29,720.00 | 29,720.00 |
| **TOTAL ASSETS** | 4,268,993.55 | 4,184,852.89 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 2000 · Accounts Payable (A/P) | 37,869.93 | 38,145.10 |
| **Total Accounts Payable** | 37,869.93 | 38,145.10 |
| **Credit Cards** | | |
| 2070 · Merrick Card ***9259 | 0.00 | 539.21 |
| **Total Credit Cards** | 0.00 | 539.21 |
| **Other Current Liabilities** | | |
| 1399 · Security Deposits Received | 250.00 | 250.00 |
| **Total Other Current Liabilities** | 250.00 | 250.00 |
| **Total Current Liabilities** | 38,119.93 | 38,934.31 |
| **Long Term Liabilities** | | |
| 2800 · Notes Payable | | |
| 2820 · Due To/From TSB | 350,788.14 | 264,947.89 |

1:19 PM
02/09/21
Accrual Basis

# Arete Land Company, LLC
# Balance Sheet
### As of January 31, 2021

|  | Dec 31, 20 | Jan 31, 21 |
|---|---|---|
| 2830 · N/P Lodge at Bear Lake LLC | 3,166,018.75 | 3,166,018.75 |
| Total 2800 · Notes Payable | 3,516,806.89 | 3,430,966.64 |
| Total Long Term Liabilities | 3,516,806.89 | 3,430,966.64 |
| Total Liabilities | 3,554,926.82 | 3,469,900.95 |
| **Equity** |  |  |
| 3110 · Member Contributions | 1,336,127.92 | 1,336,127.92 |
| 3120 · Member Distributions | -945,718.91 | -945,718.91 |
| 32000 · Retained Earnings | 263,620.84 | 323,657.72 |
| Net Income | 60,036.88 | 885.21 |
| Total Equity | 714,066.73 | 714,951.94 |
| TOTAL LIABILITIES & EQUITY | 4,268,993.55 | 4,184,852.89 |

1:28 PM
02/09/21
Accrual Basis

**Arete Land Company, LLC**
**Profit & Loss**
January 2020 through January 2021

|  | Jan - Dec 20 | Jan 21 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Company Revenue | | | |
| 4100 · Rental Income | 105,613.08 | 8,779.67 | 114,392.75 |
| 4890 · Uncategorized Income | 30.00 | 0.00 | 30.00 |
| **Total 4000 · Company Revenue** | 105,643.08 | 8,779.67 | 114,422.75 |
| **Total Income** | 105,643.08 | 8,779.67 | 114,422.75 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost of Goods Sold | | | |
| 5200 · Fixed COGS | | | |
| 5060 · HOA Fees and Assessments | 4,247.42 | 3,711.43 | 7,958.85 |
| **Total 5200 · Fixed COGS** | 4,247.42 | 3,711.43 | 7,958.85 |
| **Total 5000 · Cost of Goods Sold** | 4,247.42 | 3,711.43 | 7,958.85 |
| **Total COGS** | 4,247.42 | 3,711.43 | 7,958.85 |
| **Gross Profit** | 101,395.66 | 5,068.24 | 106,463.90 |
| **Expense** | | | |
| Bad Debt | 515.67 | 0.00 | 515.67 |
| 6200 · Fixed Expenses | | | |
| Bank Service Charges | 274.74 | 256.89 | 531.63 |
| Charitable Contributions | 160.00 | 0.00 | 160.00 |
| Meals and Entertainment | 102.59 | 0.00 | 102.59 |
| Office Supplies | 50.57 | 0.00 | 50.57 |
| 6202 · Professional Fees | | | |
| Accounting | 750.00 | 0.00 | 750.00 |
| **Total 6202 · Professional Fees** | 750.00 | 0.00 | 750.00 |
| 6204 · Property Maintenance | | | |
| 62041 · Cleaning | 188.00 | 0.00 | 188.00 |
| 62042 · Repairs | 7,422.89 | 808.44 | 8,231.33 |
| 6204 · Property Maintenance - Other | -22.00 | 0.00 | -22.00 |
| **Total 6204 · Property Maintenance** | 7,588.89 | 808.44 | 8,397.33 |
| 6205 · Dues & Subscriptions | 656.35 | 0.00 | 656.35 |
| 6209 · Auto and Truck Expenses | | | |
| 62091 · Fuel | 599.64 | 0.00 | 599.64 |
| 62092 · Repairs | 3,125.82 | 0.00 | 3,125.82 |
| 62095 · Auto Insurance | 3,447.37 | 0.00 | 3,447.37 |
| **Total 6209 · Auto and Truck Expenses** | 7,172.83 | 0.00 | 7,172.83 |
| **Total 6200 · Fixed Expenses** | 16,755.97 | 1,065.33 | 17,821.30 |
| 6900 · Fixed Expenses - Non Controllab | | | |
| Property Taxes | 37,821.45 | 0.00 | 37,821.45 |
| Utilities | | | |
| Electrical | 3,548.46 | 522.09 | 4,068.55 |
| Natural Gas/Propane | 5,097.07 | 1,207.52 | 6,304.59 |
| Sewer | 2,067.90 | 214.15 | 2,282.05 |
| Waste/Sanitation | 613.71 | 700.00 | 1,313.71 |
| Water | 5,208.50 | 34.90 | 5,243.40 |
| **Total Utilities** | 16,533.64 | 2,678.66 | 19,212.30 |
| 6901 · Insurance | | | |
| 69011 · Liability Insurance | 612.77 | 0.00 | 612.77 |
| 69012 · Property Insurance | 7,088.62 | 439.04 | 7,527.66 |
| 69013 · Workers Comp | 201.00 | 0.00 | 201.00 |
| **Total 6901 · Insurance** | 7,902.39 | 439.04 | 8,341.43 |
| **Total 6900 · Fixed Expenses - Non Controllab** | 62,257.48 | 3,117.70 | 65,375.18 |
| 9999 · Suspense | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 79,529.12 | 4,183.03 | 83,712.15 |
| **Net Ordinary Income** | 21,866.54 | 885.21 | 22,751.75 |

Page 1

1:28 PM

02/09/21

Accrual Basis

**Arete Land Company, LLC**
**Profit & Loss**
January 2020 through January 2021

|  | Jan - Dec 20 | Jan 21 | TOTAL |
|---|---|---|---|
| **Other Income/Expense** |  |  |  |
| **Other Income** |  |  |  |
| SBA Grant | 1,000.00 | 0.00 | 1,000.00 |
| 7310 · Gain/Loss on Sale | 38,845.79 | 0.00 | 38,845.79 |
| **Total Other Income** | 39,845.79 | 0.00 | 39,845.79 |
| **Other Expense** |  |  |  |
| 7200 · Interest Expense | 1,675.45 | 0.00 | 1,675.45 |
| **Total Other Expense** | 1,675.45 | 0.00 | 1,675.45 |
| **Net Other Income** | 38,170.34 | 0.00 | 38,170.34 |
| **Net Income** | 60,036.88 | 885.21 | 60,922.09 |

1:19 PM
02/09/21

# Arete Land Company, LLC
## Statement of Cash Flows
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 60,036.88 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1200 · Accounts Receivable | -12,657.09 |
| 2000 · Accounts Payable (A/P) | 25,282.46 |
| 2070 · Merrick Card ***9259 | -362.13 |
| 2080 · Barclay Rewards Card ***8312 | -1,414.28 |
| 1399 · Security Deposits Received | 125.00 |
| **Net cash provided by Operating Activities** | 71,010.84 |
| **INVESTING ACTIVITIES** |  |
| 1520 · Buildings & Trailers | 38,000.00 |
| 1520 · Buildings & Trailers:1528 · Mapleton Home | 263,370.00 |
| 1525 · California Property | 21,037.90 |
| 1540 · Land/ Lodge/House Purchase | 1,082,398.00 |
| 1550 · Improvement to Land | -8,259.00 |
| 1580 · Vehicles | 3,500.00 |
| 1580 · Vehicles:1559 · '66 Ford | 1,500.00 |
| 1580 · Vehicles:1582 · 2007 Damon Motorhome | 67,029.58 |
| 1580 · Vehicles:1584 · 2002 Ford F350 | 10,015.00 |
| **Net cash provided by Investing Activities** | 1,478,591.48 |
| **FINANCING ACTIVITIES** |  |
| 2800 · Notes Payable:2820 · Due To/From TSB | -1,149,211.86 |
| 2800 · Notes Payable:2840 · N/P Severson Family Trust | -29,490.23 |
| 2950 · CVB - Mapleton Bridge Loan 6184 | -255,372.82 |
| **Net cash provided by Financing Activities** | -1,434,074.91 |
| **Net cash increase for period** | 115,527.41 |
| **Cash at beginning of period** | 262.79 |
| **Cash at end of period** | 115,790.20 |

**SCHEDULE C**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**
Attachment
Sequence No. **09**

Name of proprietor: CHRISTOFER S SHURIAN

Social security number (SSN)

**A** Principal business or profession, including product or service (see instructions)
RETAIL STORE

**B** Enter code from instructions
► 4 4 8 1 9 0

**C** Business name. If no separate business name, leave blank.
BEAR LAKE SURF CLUB

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ► 88 S BEAR LAKE BLVD STE D
City, town or post office, state, and ZIP code   GARDEN CITY, UT 84028

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2019, check here . . . . . . . . . . . . . ► ☐

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) . . . . . ☒ Yes ☐ No

**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ► ☐ | **1** | 10,172. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 10,172. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . | **4** | 6,604. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . | **5** | 3,568. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ► | **7** | 3,568. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | **8** | 837. | 18 Office expense (see instructions) | **18** | 220. |
| 9 | Car and truck expenses (see instructions) . . . . | **9** | | 19 Pension and profit-sharing plans . | **19** | |
| 10 | Commissions and fees . | **10** | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | a Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion . . . . . | **12** | | b Other business property . . . | **20b** | 10,050. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions). . . . . | **13** | | 21 Repairs and maintenance . . . | **21** | 1,111. |
| | | | | 22 Supplies (not included in Part III) . | **22** | |
| | | | | 23 Taxes and licenses . . . . | **23** | |
| 14 | Employee benefit programs (other than on line 19) . | **14** | | 24 Travel and meals: | | |
| | | | | a Travel . . . . . . . . | **24a** | |
| 15 | Insurance (other than health) | **15** | 1,346. | b Deductible meals (see instructions) . . . . . . | **24b** | |
| 16 | Interest (see instructions): | | | 25 Utilities . . . . . . . | **25** | 3,683. |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 Wages (less employment credits) . | **26** | |
| b | Other . . . . . . | **16b** | | 27a Other expenses (from line 48) . | **27a** | 18,388. |
| 17 | Legal and professional services | **17** | | b Reserved for future use . . | **27b** | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ► | **28** | 35,635. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | **29** | -32,067. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040 or 1040-SR), line 3 (or Form 1040-NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | **31** | -32,067. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040 or 1040-SR), line 3 (or Form 1040-NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | |

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 05/19/20 PRO   Schedule C (Form 1040 or 1040-SR) 2019

Schedule C (Form 1040 or 1040-SR) 2019

Page **2**

| Part III | Cost of Goods Sold  (see instructions) |
|---|---|

33   Method(s) used to
value closing inventory:   a ☒ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation  .  .  . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use  .  .  .  .  .  .  .  .  . | 36 | 20,430. |
| 37 | Cost of labor. Do not include any amounts paid to yourself .  .  .  .  .  .  .  .  . | 37 | |
| 38 | Materials and supplies  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 38 | |
| 39 | Other costs .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 39 | |
| 40 | Add lines 35 through 39  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 40 | 20,430. |
| 41 | Inventory at end of year  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 41 | 13,826. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4  .  .  .  .  .  . | 42 | 6,604. |

| Part IV | Information on Your Vehicle.  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43   When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____

44   Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

a   Business _____   b  Commuting (see instructions) _____   c  Other _____

45   Was your vehicle available for personal use during off-duty hours?  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☐ No

46   Do you (or your spouse) have another vehicle available for personal use?  .  .  .  .  .  .  .  .  ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction?  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☐ No

b   If "Yes," is the evidence written?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☐ No

| Part V | Other Expenses.  List below business expenses not included on lines 8–26 or line 30. |
|---|---|

| | |
|---|---|
| MERCHANT FEES | 155. |
| OUTSIDE SERVICES | 11,293. |
| LEASED EMPLOYEES | 6,940. |
| | |
| | |
| | |
| | |
| | |
| | |

| 48 | **Total other expenses.** Enter here and on line 27a  .  .  .  .  .  .  .  .  .  .  .  . | 48 | 18,388. |
|---|---|---|---|

REV 05/19/20 PRO

Schedule C (Form 1040 or 1040-SR) 2019

2:55 PM
02/09/21
Accrual Basis

# Bear Lake Surf Club
## Balance Sheet
### As of January 31, 2021

|  | Dec 31, 20 | Jan 31, 21 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Cache Valley Bank Checking | 11,421.93 | 2,905.77 |
| Petty Cash on Hand | 183.07 | 106.39 |
| **Total Checking/Savings** | 11,605.00 | 3,012.16 |
| **Other Current Assets** | | |
| 1300 · Inventory Asset | 18,231.02 | 18,231.02 |
| **Total Other Current Assets** | 18,231.02 | 18,231.02 |
| **Total Current Assets** | 29,836.02 | 21,243.18 |
| **TOTAL ASSETS** | 29,836.02 | 21,243.18 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 20000 · Accounts Payable | 8,886.67 | 0.00 |
| **Total Accounts Payable** | 8,886.67 | 0.00 |
| **Other Current Liabilities** | | |
| 25500 · Sales Tax Payable | 254.28 | 316.18 |
| **Total Other Current Liabilities** | 254.28 | 316.18 |
| **Total Current Liabilities** | 9,140.95 | 316.18 |
| **Long Term Liabilities** | | |
| **28000 · Notes Payable** | | |
| 28020 · Due To/From TSB | -25,404.81 | -23,821.34 |
| **Total 28000 · Notes Payable** | -25,404.81 | -23,821.34 |
| **Total Long Term Liabilities** | -25,404.81 | -23,821.34 |
| **Total Liabilities** | -16,263.86 | -23,505.16 |
| **Equity** | | |
| 3100 · Member Contributions | 47,272.63 | 47,272.63 |
| 32000 · Members Equity | -32,068.10 | -1,172.75 |
| Net Income | 30,895.35 | -1,351.54 |
| **Total Equity** | 46,099.88 | 44,748.34 |
| **TOTAL LIABILITIES & EQUITY** | 29,836.02 | 21,243.18 |

2:55 PM
02/09/21
Accrual Basis

# Bear Lake Surf Club
## Profit & Loss
### January 2020 through January 2021

| | Jan - Dec 20 | Jan 21 | TOTAL |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 46000 · Sales | 183,442.85 | 826.67 | 184,269.52 |
| 48300 · Sales Discounts | -4,704.14 | -34.95 | -4,739.09 |
| **Total Income** | 178,738.71 | 791.72 | 179,530.43 |
| **Cost of Goods Sold** | | | |
| 51600 · Cost of Sales | 80,559.08 | 0.00 | 80,559.08 |
| 51700 · Payroll Expense | | | |
| 51710 · Salaried Employees | 6,191.31 | 0.00 | 6,191.31 |
| 51720 · Hourly Employees | 11,974.36 | 63.40 | 12,037.76 |
| 51730 · Bonuses & Commissions | 864.31 | 0.00 | 864.31 |
| 51740 · Payroll Taxes | 1,721.22 | 5.92 | 1,727.14 |
| 51750 · Worker's Comp | 126.48 | 0.00 | 126.48 |
| **Total 51700 · Payroll Expense** | 20,877.68 | 69.32 | 20,947.00 |
| 51800 · Merchant Account Fees | 5,427.05 | 108.18 | 5,535.23 |
| **Total COGS** | 106,863.81 | 177.50 | 107,041.31 |
| **Gross Profit** | 71,874.90 | 614.22 | 72,489.12 |
| **Expense** | | | |
| Dues & Subscriptions | 79.80 | 0.00 | 79.80 |
| POS Systems | 1,630.03 | 0.00 | 1,630.03 |
| 60000 · Advertising and Promotion | 2,025.68 | 0.00 | 2,025.68 |
| 60400 · Bank Service Charges | 344.14 | 0.00 | 344.14 |
| 60450 · Cash Handleing Discrepancies | 418.39 | 0.00 | 418.39 |
| 63300 · Insurance Expense | 2,578.86 | 0.00 | 2,578.86 |
| 63500 · Janitorial Expense | 15.09 | 0.00 | 15.09 |
| 64900 · Office Supplies | 2,635.55 | 0.00 | 2,635.55 |
| 66700 · Professional Fees | 350.00 | 0.00 | 350.00 |
| 67100 · Rent Expense | 21,100.00 | 1,800.00 | 22,900.00 |
| 67200 · Repairs and Maintenance | 2,911.17 | 0.00 | 2,911.17 |
| 68500 · Uniforms | 34.29 | 0.00 | 34.29 |
| 68600 · Utilities | 3,674.79 | 0.00 | 3,674.79 |
| 68700 · CAM Charges | 1,989.13 | 165.76 | 2,154.89 |
| 9998 · FRAUD | 1,172.56 | 0.00 | 1,172.56 |
| 9999 · Suspense | 38.51 | 0.00 | 38.51 |
| **Total Expense** | 40,997.99 | 1,965.76 | 42,963.75 |
| **Net Ordinary Income** | 30,876.91 | -1,351.54 | 29,525.37 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Sales Tax Income | 18.44 | 0.00 | 18.44 |
| **Total Other Income** | 18.44 | 0.00 | 18.44 |
| **Net Other Income** | 18.44 | 0.00 | 18.44 |
| **Net Income** | 30,895.35 | -1,351.54 | 29,543.81 |

2:55 PM

02/09/21

# Bear Lake Surf Club
## Statement of Cash Flows
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 30,895.35 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1300 · Inventory Asset | -4,404.85 |
| 20000 · Accounts Payable | 7,536.10 |
| 25500 · Sales Tax Payable | 254.28 |
| **Net cash provided by Operating Activities** | 34,280.88 |
| **FINANCING ACTIVITIES** | |
| 28000 · Notes Payable:28020 · Due To/From TSB | -25,404.81 |
| **Net cash provided by Financing Activities** | -25,404.81 |
| **Net cash increase for period** | 8,876.07 |
| **Cash at beginning of period** | 2,728.93 |
| **Cash at end of period** | 11,605.00 |

| SCHEDULE C<br>(Form 1040 or 1040-SR) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | **2019**<br>Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| CHRISTOFER S SHURIAN | |

| **A** | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
| | CANDY STORE | ► 7 2 2 5 1 5 |

| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN) (see instr.) |
|---|---|---|
| | BEAR LAKE CANDY COMPANY | |

| **E** | Business address (including suite or room no.) ► 88 S BEAR LAKE BLVD STE C |
|---|---|
| | City, town or post office, state, and ZIP code   GARDEN CITY, UT 84028 |

**F** Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses   ☒ Yes ☐ No

**H** If you started or acquired this business during 2019, check here . . . . . . . . . . . . ► ☐

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions)   ☒ Yes ☐ No

**J** If "Yes," did you or will you file required Forms 1099?   ☒ Yes ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ► ☐ | 1 | 45,093. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 45,093. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . | 4 | 27,356. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 17,737. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ► | 7 | 17,737. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | 1,221. | 18 | Office expense (see instructions) | 18 | 918. |
| 9 | Car and truck expenses (see instructions). | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . | 12 | | b | Other business property . . . | 20b | 9,880. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | 1,135. |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | 1,139. | b | Deductible meals (see instructions) . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | 4,322. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 32,502. |
| 17 | Legal and professional services | 17 | | b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ► | 28 | 51,117. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . | 29 | -33,380. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | -33,380. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 05/19/20 PRO    Schedule C (Form 1040 or 1040-SR) 2019

Schedule C (Form 1040 or 1040-SR) 2019 | Page **2**

### Part III  Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory:  a ☒ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | 37,187. |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | 37,187. |
| 41 Inventory at end of year | 41 | 9,831. |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 27,356. |

### Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ --------------------------

**44** Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

a Business ------------------  b Commuting (see instructions) ------------------  c Other ------------------

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . ☐ Yes  ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . ☐ Yes  ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . ☐ Yes  ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| BANK FEES | 32. |
| GIFTS | 75. |
| JANITORIAL | 459. |
| MERCHANT FEES | 1,060. |
| MISC EXPENSE | 1,052. |
| OUTSIDE SERVICES | 3,666. |
| LEASED EMPLOYEES | 26,158. |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a | 48 | 32,502. |

2:52 PM

02/09/21

Accrual Basis

# Bear Lake Candy Company
## Balance Sheet
### As of January 31, 2021

|  | Dec 31, 20 | Jan 31, 21 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| CVB, Candy Co | 993.18 | 2,328.47 |
| Petty Cash | 711.64 | 613.18 |
| **Total Checking/Savings** | 1,704.82 | 2,941.65 |
| **Other Current Assets** | | |
| Inventory | 5,251.19 | 5,251.19 |
| **Total Other Current Assets** | 5,251.19 | 5,251.19 |
| **Total Current Assets** | 6,956.01 | 8,192.84 |
| **Fixed Assets** | | |
| 15000 · Furniture and Equipment | 2,967.55 | 2,967.55 |
| **Total Fixed Assets** | 2,967.55 | 2,967.55 |
| **TOTAL ASSETS** | 9,923.56 | 11,160.39 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 20000 · Accounts Payable | 160.86 | 0.00 |
| **Total Accounts Payable** | 160.86 | 0.00 |
| **Other Current Liabilities** | | |
| 24100 · Sales Tax Payable Liabilities | 165.46 | 234.31 |
| **Total Other Current Liabilities** | 165.46 | 234.31 |
| **Total Current Liabilities** | 326.32 | 234.31 |
| **Long Term Liabilities** | | |
| **28000 · Notes Payable** | | |
| 28020 · Due To/From TSB | 12,451.47 | 13,923.89 |
| **Total 28000 · Notes Payable** | 12,451.47 | 13,923.89 |
| **Total Long Term Liabilities** | 12,451.47 | 13,923.89 |
| **Total Liabilities** | 12,777.79 | 14,158.20 |
| **Equity** | | |
| 3100 · Member Contributions | 45,616.65 | 45,616.65 |
| 32000 · Retained Earnings | -37,382.31 | -48,470.88 |
| Net Income | -11,088.57 | -143.58 |
| **Total Equity** | -2,854.23 | -2,997.81 |
| **TOTAL LIABILITIES & EQUITY** | 9,923.56 | 11,160.39 |

2:52 PM

02/09/21

Accrual Basis

# Bear Lake Candy Company
# Profit & Loss
## January 2020 through January 2021

| | Jan - Dec 20 | Jan 21 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 46000 · Merchandise Sales | 66,522.46 | 1,584.66 | 68,107.12 |
| 48300 · Sales Discounts | -2,805.61 | -73.23 | -2,878.84 |
| 48400 · Gift Certificates | -23.32 | 0.00 | -23.32 |
| **Total Income** | 63,693.53 | 1,511.43 | 65,204.96 |
| **Cost of Goods Sold** | | | |
| 50000 · Costs of Sales | | | |
| 50100 · Beverages | 1,412.54 | 0.00 | 1,412.54 |
| 50110 · Bags and Containers | 290.52 | 0.00 | 290.52 |
| 50120 · Candy | 20,091.72 | 0.00 | 20,091.72 |
| 50130 · Ice Cream & Treats | 3,795.39 | 0.00 | 3,795.39 |
| 50140 · Chocolates | 4,919.97 | 0.00 | 4,919.97 |
| 50150 · Toys & Activities | 562.73 | 0.00 | 562.73 |
| 50000 · Costs of Sales - Other | 4,580.08 | 0.00 | 4,580.08 |
| **Total 50000 · Costs of Sales** | 35,652.95 | 0.00 | 35,652.95 |
| 51800 · Merchant Account Fees | 2,945.61 | 182.59 | 3,128.20 |
| 52000 · Labor Costs | | | |
| 52100 · Management Payroll | 2,188.30 | 0.00 | 2,188.30 |
| 52200 · Employee Salaries | 4,619.90 | 0.00 | 4,619.90 |
| 52300 · Payroll Taxes | 654.87 | 0.00 | 654.87 |
| 52400 · Payroll Admin Fee | 3.40 | 0.00 | 3.40 |
| 52500 · Worker's Comp | 55.40 | 0.00 | 55.40 |
| **Total 52000 · Labor Costs** | 7,521.87 | 0.00 | 7,521.87 |
| **Total COGS** | 46,120.43 | 182.59 | 46,303.02 |
| **Gross Profit** | 17,573.10 | 1,328.84 | 18,901.94 |
| **Expense** | | | |
| 60000 · Advertising and Promotion | 2,283.92 | 0.00 | 2,283.92 |
| 60400 · Bank Service Charges | 64.95 | 0.00 | 64.95 |
| 60450 · Cash Handling Discrepancies | 248.52 | 0.00 | 248.52 |
| 63300 · Insurance Expense | 2,543.04 | 0.00 | 2,543.04 |
| 63500 · Janitorial Expense | 526.83 | 0.00 | 526.83 |
| 64900 · Office Supplies | 431.28 | 0.00 | 431.28 |
| 65600 · Outside Services | 520.50 | 0.00 | 520.50 |
| 66700 · Professional Fees | 350.00 | 0.00 | 350.00 |
| 67100 · Rent Expense | 15,740.00 | 1,350.00 | 17,090.00 |
| 67200 · Repairs and Maintenance | 396.59 | 0.00 | 396.59 |
| 68500 · Uniforms | 385.00 | 0.00 | 385.00 |
| 68600 · Utilities | 3,602.01 | 0.00 | 3,602.01 |
| 68700 · CAM Charges | 1,469.03 | 122.42 | 1,591.45 |
| 9999 · Suspense | 100.00 | 0.00 | 100.00 |
| **Total Expense** | 28,661.67 | 1,472.42 | 30,134.09 |
| **Net Ordinary Income** | -11,088.57 | -143.58 | -11,232.15 |
| **Net Income** | -11,088.57 | -143.58 | -11,232.15 |

2:52 PM
02/09/21

# Bear Lake Candy Company
## Statement of Cash Flows
### January through December 2020

|  | Jan - Dec 20 |
| --- | --- |
| **OPERATING ACTIVITIES** | |
| Net Income | -11,088.57 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Inventory | 4,580.08 |
| 20000 · Accounts Payable | -1,040.95 |
| 24100 · Sales Tax Payable Liabilities | 165.46 |
| **Net cash provided by Operating Activities** | -7,383.98 |
| **INVESTING ACTIVITIES** | |
| 15000 · Furniture and Equipment | -2,967.55 |
| **Net cash provided by Investing Activities** | -2,967.55 |
| **FINANCING ACTIVITIES** | |
| 28000 · Notes Payable:28020 · Due To/From TSB | 12,451.47 |
| **Net cash provided by Financing Activities** | 12,451.47 |
| **Net cash increase for period** | 2,099.94 |
| **Cash at beginning of period** | -395.12 |
| **Cash at end of period** | 1,704.82 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Utah

In re   **Arete Land Company, LLC** _____   Case No. _____

Debtor(s)    Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept ............................................... | $ | **Reasonable Fees and Costs as allowed by the Court** |
| Prior to the filing of this statement I have received ............................... | $ | **32,000.00** |
| Balance Due ............................................................................................... | $ | **Reasonable Fees and Costs as allowed by the Court** |

2.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Advising the Client of its rights, powers, and duties as a debtor and debtor in possession;
    b.  Taking all necessary action to protect and preserve the estate of the Client, including the prosecution of actions on the Client's behalf, the defense of actions commenced against the Client, the negotiation of disputes in which the Client is involved, and the preparation of objections to claims filed against the Client's estate;
    c.  Assisting in preparing on behalf of the Client all necessary schedules and statements, motions, applications, answers, orders, reports, and papers in connection with the administration of the Client's estate;
    d.  Assisting in presenting the Client's proposed plan of reorganization and all related transactions and any related revisions, amendments, etc.; and,
    e.  Performing all other necessary legal services in connection with the Client's chapter 11 case.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  9, 2021** _____       **/s/ Andres Diaz** _____
*Date*                                          **Andres Diaz 4309**
                                                *Signature of Attorney*
                                                **Diaz & Larsen**
                                                **307 West 200 South, Suite 3003**
                                                **Salt Lake City, UT 84101**
                                                **(801)596-1661   Fax: (801) 359-6803**
                                                **courtmail@adexpresslaw.com**
                                                *Name of law firm*

---